RECEIVED

MAY 12 2025

Legal Programs Department

SCANNED at LSP and Emailed
5·12·25 by U3 · 16 pages
date    Initials    No.

UNITED STATES DISTRICT COURT
OF LOUISIANA

In Re Antoine Edwards SR. (748056)
Prose
Filed        Complaintant. Petitioner.claimant        Complaint-PETITION
(S)

Clerk of Court

DIRECTED TO BY E-Notify CC: or Email to office-Department
U.S. Director or Administrative office Dept
U.S. Solicitor General office Dept
U.S. F.B.I office Dept
U.S. Attorney General office Dept
U.S. Prose Clerk Dept
U.S. DISTRICT JUDGE Dept
U.S. Supreme Court Dept
Complaint-PETITION
Emergency Action EMERGENCY Relief
28 U.S.C.A§2243; 28 U.S.C§454; 28 U.S.C.A§1; 28 U.S.C§1915(g)

Dear Clerk of Court Please forward this Complaint To Agency's
RIGHT TO REDRESS All IS DEMANDED RULING AND JUDGEMENT PLEASE OF LAW
Now Comes Antoine Edwards SR. Prose in proper person Respectfully move this Honorable
Court for Emergency Action And Relief As Justice Require Invoking Bill of Right.
Executive ORDER 13107, Also Invoke Expedited proceeding Due to Imminent Danger
Due to 18 U.S.C.§1120(a)(1)(B)(4) Internationally protected. In violation of Establish
legal Right U.S.C 6th Amendment Speedy Trial Act Deprivation. On August 26, 2019.
which is the Result of Illegal custody. Seeking Ruling on the Merits In the
miscarriage of Justice Invoking U.S. Const Art IV § 1&2 &4 to be Removal from
18 U.S.C.§120l. As to August 26, 2019 Stick to this Day of Law And ORDER. As
MR. EDWARDS have A Right to Redress of the Most Easiest legal Right violation
U.S.C. 6th Amend. violation. As these over Due Ruling on Merit. None of this
would not be If They follow the Law. August 26, 2019 Merits, Liberty, Justice.
C C: to office by. Dept              1 of 15 pages              (S)
                                                    Clerk & U.S. JUDGE

## Memorandum

To whom May be Concerned office, Agency, Dept.
Direct to: U.S. Director of Administrative Dept
Forward to: U.S. Solicitor General office - Clerk
U.S. F.B.I Service Dept
U.S. Attorney General office Dept
U.S. prose Clerk Dept
U.S. Judge Shelly DIck Chamber
U.S. JUDGE Brian A Jackson Chamber
U.S. Attorney office Dept
U.S. Supreme Court Chambers

## IMMINENT Danger.

Louisiana Slavery is Legal. Im Being treated Just Like A Slave Ongoing. As Antoine Edwards is Under Imminent Danger being Treated 42 U.S.C § 2000dd. 18 U.S.C. § 1201 As A victim of ongoing Cruel and Unusual Punishment. Seeking U.S. Federal Bureau of Investigation Due to Denial of Equal protection And violation of Establish law. See All filing been Denied Access to Court. for 16 years By All Government Agency Undermining the Justice System of LAW&ORDER

## FORWARD TO OFFICES

please forward to these office Need Federal Bureau of Investigation being held Captive, In Bondage Unconstitutionally And Illegally. In Slavery Being Treated AS All Civil Cases ongoing Cruelty. Inhumane TREATMENT

Parties Involved Continuing offense 8th Amendment Claims 1994
For 2years ongoing By these.
1. william Rosso. WARDEN   (2) Lgt Col. Sterling (3) Captain
Chase Boitnot. Major Sterling Brudda. Now Major Lacombe
Just Assaulted me. 17544 Tunica Trace Angola La 70712

As for the pass 2years these Are the mean Parties who
Continue to harass. Racial Discrimination, Bias crimes
Refuse of All privileges. 18 U.S.C § 3237, 8th Amendment violation

Deprived of privilege 1st, 5th, 9th, 14th Amend

1) legal material holding
2) Right to Population
3) Rehabilitation
4. Vocational Training

5.) Due Course of Justice
6) Right to humane treatment
7) Deprive of Religious exercise cant
   go to Jumuah prayer every friday
8.) Inadequate A.R.P. System
9) Human Rights.

As to August 26, 2019 Suppose to be home According to law and
ORDER. No One is Above the Below. As All civil Suit is
Proof of misconduct Evidencing Pattern of misconduct
It always be a white person who be doing Bias crimes. A
Assist Rosso Is the Head of this operational Harassment
And Slavery treatment by Bias And Hate crime cause I do LAW WORK!!!
As A Man I try to get help from the Court No help Deprive
of 14th And 5th Amendment Due Process of law. As to
Liberty Interest Since August 26, 2019. Have A Right to
Action, And Redress. As Judges Duty is to uphold. Seeking
Remedy for 6th Amendment Speedy Trial violation In the
miscarriage of Justice Need Judgment and Ruling on the
merit. See Exhibit 1t Proof of violation Clear and Precise

3

Affidavit

I Antoine Edwards first duly sworn. And say and Deposes. BYLAW August 26, 2019 DAY'N ONE OF THIS WOULD BE! Invoking 28 U.S.C § 1915 (g)

Proximate Cause 1st

As petitioner Antoine Edwards Sworn, According to law and ORDER, Rules of law And Jurisprudence. Petitioner Is kidnapped Hidden In Angola Dept of public safety and Correction Deprived political And Government function. Being Deprived of Due Process of law. As liberty Interest Since August 26, 2019. According to Rules of law. See All Complaints. Under U.S. Const Art IV, § 1. Of ongoing suffering And Danger Bias Crimes Done Monthly. Pattern chemical Agent Assaults. And Battery As to Rules of law As only safeguard. As to Gross Injustice, By Miscarriage of Justice August 26, 2019 suppose to be home. According to A.B.A Standard on 6th Amendment Speedy Trial Act Deprivation. Only possibly Remedy Is BARKER V. Wingo, 407 U.S. 514, 92 S. Ct. 2182, 2188 L.Ed. 2d 101. As Government failure to uphold Constitutional Duty and obligation Under U.S. Const Art III. As kidnapped, Abducted For 6 year Under On going 42. U.S.C. § 20 odd Kept Intentional on Lockdown Due to Merits for freedom Is over Due. for Ruling on the merit. Miscarriage of Justice

3.

As to Continuing offense 18 U.S.C. § 3257 Conspiracy held Captive Due to partnership Never been taken to court, Since. been living under Deplorable living Condition, Unsanitary Practice. Being held on lockdown. 6 years. Never release to population. All is on file. fighting Against these white supremacist, As Raising proof Racial. Bias Crimes And State crimes At Angola. Due to being a GOD fearing Man. now Have a 100 days To Dungean no Yard time Due to Lawsuits. And Retaliation.

4

18 U.S.C. § 1201 & 42. U.S.C. § 2000dd claims

As to being kidnapped Is Dangerous As All Civil cases Is Documentation of All 42. U.S.C. 2000dd. while being 18 U.S.C. § 1201 Hidden Deprived of All Meaning ful ways of Getting Remedy Constitution violation when by law suppose to be home. By Rule of law. Just was Assaulted Again In my cell doing my law work. See footage body. Camera. Major La combe.

Living Condition claims

probbems Go un check Remain. Daily Living Unconstitutional Inhumane. As to Now been In A urine and feces stained cell. As I wrote the Judge And told them Me. And MR. La pell who was Next door to me CBD YE and In cell 9 they had clean his cell. But did not clean mines. On 5-5-2025 william Rosso Assist WARDON Is Head In command of Sending officers to retaliate Against me. See case 25-174, As Major Lacombe and Rosso made Rounds I told them About my cell not being De contaminated.

Instead of helping was looking for a way to commit Bias Crimes. Being Deprived legal work. It has been 30 days In Inhuman Deplorable, living Condition.

As to pattern of Misconduct 6 years never released Deprive of Access to Court, law library, legal material Recreational time. As they Alway falsifying write up to keep on Lockdown. See Lacombe Major Body Camera footage Dated 5-3-2025 At 3:00 p.m. Assault. CBD 4L. tier Camera Also.

7. 5 years Involuntary Solitary never Released

As pattern of Misconduct on 1-16-2025 same thing happen, when ask for medical attention. Retaliated by Chase Boitnott Lgt Col. Sterling. William Rosso, for A.R.P. And Lawsuit. Then on April 6, 2025 See Chase Boitnott Body Camera. of Bias Crimes, Assault In Battery while In cell not harming no one, all is on file. have them to Send footage. As to Racial Discrimination. By WARDEN on Down to Captains. retaliating

8.
Courts failure to help In Civil Case is the cause of ongoing cruelty. As to all this is happening Due to Court failure to Remedy Constitutional violation According to Rules of law. And Remedy. Mr. Edwards Is kidnapped And being under Cruel and Unusual Punishment for 6 years. As August 24, 2019 was End of Justice Need Remedy for Relief.

6

2nd proximate cause over detention 7.

For the pass 5 years Never been Release to population Not one time Since been kidnapped, Abducted Carried Away Unconstitutional Illegally and Unlawfully. As the whole record At prison is proof been held In Involuntary solitary. Due to August 26, 2019 Suppose to be home According to law and A.B.A Standard on Speedy Trial Reprivation from April 29, 2019 to August 26, 2019 Remain End of Justice. See Exhibit A. failure to follow Underlying policies As Remedy Remain According to Law and ORDER And STARE Decisis precedent BARKER V. Wingo Supra. Unlawful Restraint

<u>Failure to Remedy U.S.C. 6th Amend violation</u>

As Deviating from Rules of law is the Result of being held Captive Under political Hostage, Kidnapped without legal Authority. As to color of State law. In violation of Supremacy Clause U.S. Const Art VI Supreme law of the land.

<u>Exhausted All Remedies on file U.S.C. Art III §1</u>

Exhausted All Remedy from A.R.P. to local Government, to State to Federal Court Next is Supreme Court of U.S. As last Resort Due to Judges Failure to uphold there Constitutional Duty and obligation As the Constitution is the Only Safeguard from Any Government. As to U.S. Const Art IV Right to Republican Government Also Protected by various treaties Invoking Executive ORDER 13107 Human Right violation Being treated Inhumane. Showers full of mildew and mold As to ongoing 6th years Cruel and Unusual Punishment when by law Suppose to be home. Mr. Edwards is Kidnapped 18 U.S.C §1201

8th Amendment violation Living Condition & 13th Amendment § 1999

O.

OUR Living Condition is so Inhumane, Everything Sinking In, Building Old. And BAck Condition. You could smell the mold And mildew Debri polluting the Atomsphere the the Humans And Animals Face Daily, yearly, Monthly. The Inside of the buildings Is Rusty. Rotten Deterioating old Condemned Building. The Most notorious, bloody, Monsterious Slave plantation back In the Days foundation. As Jeff Laundry when he was Attorney General In Opposition Brief to the U.Nited State Supreme Court Antoine Edwards v. Louisiana Case # 22-6301 stated Slavery Is legal in Louisiana Constitution. So that is why these-Guys Continue to Assault me. Bias Crimes, Hate Crimes. And I Report them. As All civil cases is proof ongoing Cruelty. Inhumane treatment I had use the system to store up All filing Against the Unjust tReatment since no one will help. So All is Done to me is written As A Workingman Husband Chef, BARber who paid taxes to have People-Human Only to be treated As A Slave Under the State Agency. Is Crimes Against Humanity. Also Genocide of My kind. As to being treated like a Slave In the custody of These Cruel Human-wHAt there Racism And Hate for A smArt moorish, catin, Franco. Native American Indian Multi Racial National, Cultural. In violation of Executive ORDER 13107, of Human Right, International Law And All. As to the Unconstitution policy. of Slavery Is Terrorism, Ruling Tyrant, Injustice, Inequality. As L.S.P Has been up for years. The living Condition is Indency. The Cells blocks is Condemn, Deplorable. Inhumane living Condition. Being treated As a Slave Is Cruel, Low wages, Cruel Beating, torments, Mental Anguish, Emotional, physical psychological pain-Just think being treated As A Slave Feel like. And the Government think it is legal. GOD will Do Justice In these last Days For Kidnapped In slavery, Being Treated As A Slave See All Civil Right Violation. I fear for my life after this Notice!!

8

## Conclusion INTEREST OF JUSTICE

(End of) Justice was August 26, 2019 why Im Still In Prison?
As to A.B.A Standard of Speedy Trial Act Deprivation
. Exhausted All Remedy. As Habeas Corpus this year has
been Deprived Merits of 1 single Claim Speedy Trial
Act Deprivation. Due to Undermining the Justice system
by failure to Remedy Constitutional violation. MR.
EDWARDS Is Kidnapped. Deprive of Merit For 6 year
While in Bondage, held Captive As A political Hostage
when Remedy WARRANT Justice As miscarriage of
Justice. As to 18 U.S.C § 1201(a)(1)(b) Kidnapped Need
Federal Investigation. For Rebuttal. Under this violation
Have 24 hours to Release. All is Documented U.S. Const Art IV)
All Cases Is Proof of Denial Redress to Liberty-Interest. Deprived. Life, Liberty & Justice

## Affidavit

I swear all is true and Correct to the best of my
Knowledge Under the penalty of perjury 28 U.S.C §1746
As entitle to Redress. Entitlement Invoking 9th Amendment.

## Relief / JUDGMENT

Prays for Relief of JUDGMENT IN THE INTEREST OF JUSTICE REQUIRE

1) Seeking Federal Investigative Service - Agent
2) Need Remedy for Constitutional violation U.S.C 6th Amend
3) have 24 hours to release or Rebuttal. As MR. Edwards
   is Kidnapped. As law and ORDER WARRANT Remedy.
4) Need to be under Federal protective Custody Due to
   ongoing cruel and unusual Punishment Ongoing to this
   Day the Judge have to stop this Injustice, Inequality

5.) have Defendant to Send up Body Camera from major Lacombe on May-5-2025 3:00. p.m. Assault.

6.) Have chase Boitnoit captain to Send Body footage of April 6, 2025 at 6:00-7:00. a.m Assault

7.) Have All A.R.P. Send up for this year how they Continue to have Inadequate A.R.P.

8.) In the Interest of Justice Need Remedy to Constitutional violation 6th Amendment speedy Trial Act violation Since August 26, 2019. Ruling on the merit As Justice Require. Exhausted All Remedy. All Writs Act 28 U.S.C. § 1651(a). Need JUDGMENT

9.) As to Habeas Corpus U.S.D.C. E.D. LA 25-210 Concurrent Jurisdiction 18 U.S.C § 1367 for Judgment on the merit of 6th Amendment Speedy Trial Deprivation which is the Result of being kidnapped since failure to follow Rules of law As Miscarriage of Justice.

10.) Send E-mail to All office to Direct motion to. And forward to for Assistance Imminent Danger.

   Respectfully Submitted

   Pro Se    Antoine Edward
                 Antoine Edwards
                 17544 Tunica Trace
                 CBD½ # 7
Done May 7, 2025.      Angola LA 7072

## Memorandum at law

### Imminent Danger 18 U.S.C § 1201 Lindbergh Act

A.

As to Imminent Danger Kidnapped. Secreting In prison As Court must bear in mind that their Inquiries spring from Constitutional requirement... See Rhodes, 452 U.S at 351, 101 S.Ct. 2392. MISCARRIAGE OF JUSTICE 6th Amendment Speedy Trial violation proximate Cause of all suffering Gross Injustice. SEE Exhibit G.

As to pain and suffering, Mental Anguish Knowing by law suppose to be home 6 years Ago for 6th Amend U.S.C. violation. As to past and future Constitute personal Injury 30 Day In Unsanitary cell. See Medical Sheet was maced for trying to get cell De contaminated. Cause they Refuse to follow Court ORDER. They had Skip my Cell. As Me And MR David Lapell wrote you. I wrote you on April 21, 2025. About feces and urine cell.

As to filed suit Against Angola D.P. S&C Prison Correction Officer. 1-17-2024. Been Assaulted in Retaliation I more time By Bias crimes. As pattern of misconduct since see Martin v. Shelton, 319 F.3d 1048, 1050 (8th cir. 2003)

Invoke the § 1915(g) See e.g Henderson v Norris, 129 F.3d 481 483 (8th cir. 1997) Imminent Danger Kidnapped 18 U.S.C § 1201.

### Conclusion

According to law And ORDER Need Remedy As Truly Kidnapped from family and wife. Need Remedy for proximate Cause Exhausted All Remedy. All Is True facts. 18 U.S.C § 1201 (a)(1) (B)

# MISCARRIAGE OF JUSTICE
### B

As to the Gross Injustice by Miscarriage of Justice of Establish law 6th Amendment Speedy Trial Deprivation Which resulted being held Captive In bondage Under 42 U.S.C§ 2000dd. 18 U.S.C§ 1201 Kidnapping. Due to failure to follow Rule of law. to Remedy Constitutional Violation of Establish law see e.g U.S v. Young 470 U.S. 1, 15 (1998) 6 years Deprive of Remedy Which is a miscarriage of Justice (quoting U.S v. Frady, 456 U.S. 152, 163 n. 14 (1982) Egregious ERROR As Liberty Interest Since August 24, 2019. SEE EX H. proof of violation Speedy Trial Act Denied Merits for freedom

## Deviation from legal Rule of law

As establish law is to be follow For 6th Amend. U.S.C Violation Speedy Trial violation Since August 26, 2019. See BARKER U. Wingo supra And Underlying policies for Speedy Trial violation ** 2261-2269 * 440 Suppose to be follow. see e.g Olano, 507 U.S. 725, 731 (1993) Deviate from legal Rule Constitute ERROR of violation of substantial Right for 6 years Miscarriage of Justice. Clearly Establish law As proximate Cause Federal Court must Apply see BARKER V. WINGO, 407 U.S. 514, 92 S.Ct. 2182, 2188 L.Ed. 2d 101 (Relief Granted From U.S.C 6th Amendment violation Speedy Trial Deprivation Substantial Right violations. As Demanded Right filed April 29, 2019 to August 26, 2019 Speedy Trial Claim filed And End of Justice. Deviation Resulted In being held Captive, Kidnapped, Due to failure to Give Remedy In All Courts. As establish law of Speedy Trial Constitutional Right.

V2

As to the Miscarriage of Justice. August 26, 2019 Release date Still Need Remedy See e.g Murray v Carrier 477 U.S. at 494. As to U.S.C. 6th Amendment violation resulted in the Conviction of Innocent Man. Before the void Judgment After speedy Trial Act violation As Right to Action Seeking Speedy Remedy. As to MR. Edwards Suppose to be Released August 26, 2019. SEE EXH

## Conclusion

As to miscarriage of Justice. Of Establish law speedy Trial violation Stick to August 26, 2019 Remain End of Justice. So that which; make MR Edwards Kidnapped Suppose to be Home with wife and kids According to law And ORDER As Merit will Release for Remedy. As Underlying Policies for A.B.A Standard for speedy Trial Deprivation ×× 2261-2264 & 440 BARKER v. Wingo Supra Only possible Remedy. As Actual and Factual Innocent In His Continuing offense 18 U.S.C § 3237 Conspiracy 18 U.S.C § 3237. As Right to Redress. for legal Right violation.

## All WRIT ALL 28 U.S.C § 1651(a) All to Ensure Justice

As to proximate Cause In the Gross Injustice by Miscarriage of Justice Exception. As federal Courts have the power to issue all writs necessary to ensure Substantial Justice. See e.g KERR. v. U.S. Dist Court, 426 U.S. 394, 400 (1976) (issuance of writ is Extraordinary Remedy) Seeking Ruling on U.S.C. 6th Amend violation

## Conclusion

As the Court is for Justice for All Individually with Liberty. As to Establish law Need Adjudication on the merit for the Proximate Cause Exhausted All Remedy Right to Redress And Freedom By the Court of law. Impartially. As Justice Requires!!!

13

MOTION IN LMINE TO EXCLUDE IRRELEVANT AND PREJUDICIAL EVIDENCE
OF CUMULATIVE PHOTOGRAPHS THAT PROVIDE LITTLE TO NO PROBATIVE
VALUE;MOTION IN LIMINE TO BAR THE STATE FROM IMPROPER REBUTTAL;
ARGUMENT;MOTION IN LIMINE TO BAR THE STATE FROM IMPROPER CLOSING
ARGUMENT;MOTION FOR JURY INSTRUCTION REQUIRING AN UNANIMOUS
VERDICT;MOTION FOR PRODUCTION OF WITNESS STATEMENTS;MOTION FOR
WRITTEN JURY INSTRUCTIONS.
>DEFENDANT, ANTOINE EDWARDS , APPEARED REPRESENTED BY JUAN
FIOL/CODY BROWN JASON NAPOLI, ASHLEY SPEARS AND ZACHARY GRATE,
ADA, REPRESENTED THE STATE. DEFENSE FILED THE FOLLOWING
MOTIONS: (1) MOTION TO REQUEST THE JURY BE INFORMED OF THE
MANDATORY MINIMUM SENTENCE FOR A VIOLATION OF LA.R.S. PENDING
AND PERMISSION FOR DEFENSE COUNSEL TO DISCUSSS THE SAME. (2)
MOTION IN LIMINE TO EXCLUDE IRRELEVANT AND PREJUDICIAL EVIDENCE
OF CUMULATIVE PHOTOGRAPHS THAT PROVIDE LITTLE TO NO PROBATIVE
VALUE. (3) MOTION IN LIMINE TO BAR THE STATE FROM IMPROPER
CLOSING ARGUMENT. (4) MOTION IN LIMINE TO BAR THE STATE FROM
IMPROPER REBUTTAL ARGUMENT. (5) MOTION FOR WRITTEN JURY
INSTRUCTIONS. (6) MOTION FOR A JURY INSTRUCTION REQUIRING AN
UNANIMOUS VERDICT. (7) MOTION FOR PRODUCTION OF WITNESS
STATEMENTS. THE COURT AFTER HEARING ORAL ARGUMENTS RULES AS
FOLLOWS: COURT GRANTS DEFENSE MOTION TO REQUEST JURY BE
INFORMED OF THE MANDATORY MINIMUM. COURT DENIED DEFENSE MOTION
IN LIMINE TO EXCLUDE IRRELEVANT AND PREJUDICIAL EVIDENCE OF
CUMULATIVE PHOTOGRAPHS. COURT DENIED DEFENSE MOTION FOR A JURY
INSTRUCTION REQUIRING AN UNANIMOUS VERDICT. COURT TOOK NO OTHER
ACTIONS ON THE OTHER DEFENSE MOTIONS. COURT ALWAYS ISSUES JURY
INSTRUCTIONS AND WILL NOT ALLOW THE STATE OR DEFENSE IMPROPER
CLOSING AND REBUTTAL. COURT ALWAYS ISSUES WRITTEN JURY
INSTRUCTIONS. COURT DENIES DEFENSE MOTION TO WITHDRAW AS
COUNSEL OF RECORD. >DEFENDANT ELECTED TRIAL BY JURY. >JASON
NAPOLI and ASHLEY SPEARS REPRESENTED THE STATE. >TRIAL
CONTINUED TO 09/11/19 >PDOJL

*Structural ERROR reversal* (handwritten margin note)

FISHERT

09/11/2019

CLERK'S OFFICE RECEIVED MOTION TO QUASH INDICTMENT AND RELEASE
FOR VIOLATION OF CONSTITUTIONAL SPEEDT TRIAL RIGHTS.
>DEFENDANT, ANTOINE EDWARDS , APPEARED REPRESENTED BY JUAN
FIOL/CODY BROWN >JASON NAPOLI, ASHLEY SPEARS AND ZACHARY GRATE
REPRESENTED THE STATE. STATE FILED NOTICE OF DISCLOSURE
REGARDING WITNESS WHO IS REQUIRED TO APPEAR IN COURT. STATE
REQUESTED CAPIAS IS ISSUED FOR MAQUINA JOURNEE. >TRIAL
CONTINUED FROM 09/10/19 >STATE WITNESSES: >STATE EVIDENCE:
S-EX-01 S-EX-02 S-EX-03 S-EX-04 S-EX-05 S-EX-06 S-EX-07 S-EX-08
S-EX-09 S-EX-10 S-EX-11 S-EX-12 S-EX-13 DEFENSE FILED MOTION TO
QUASH INDICTMENT AND RELEASE FOR VIOLATION OF CONSTITUTIONAL
SPEEDY TRIAL RIGHTS. COURT DENIED. >TRIAL CONTINUED TO
09/12/19 >PDOJL

*Abuse of Discretion* (handwritten margin note)

*See* (handwritten margin note)

FISHERT

09/12/2019

CLERK'S OFFICE RECEIVED STATE'S DISCLOSURE.(A.EDWARDS)
>DEFENDANT, ANTOINE EDWARDS , APPEARED REPRESENTED BY JUAN
FIOL/CODY BROWN >JASON NAPOLI, ASHLEY SPEARS AND ZACH GRATE FOR
THE STATE. STATE FILED DISCLOSURE. >TRIAL CONTINUED FROM
09/11/19 >STATE WITNESSES: >STATE EVIDENCE: S-EX-01 S-EX-02
S-EX-03 S-EX-04 S-EX-05 S-EX-06 S-EX-07 S-EX-08 S-EX-09 S-EX-10
S-EX-11 S-EX-12 S-EX-13 S-EX-14 S-EX-15 S-EX-16 S-EX-17 >JURY
RETIRED TO DELIBERATE. >JURY RETURNED WITH VERDICT. DEFENSE
REQUESTED MISTRIAL. COURT DENIED. >FOR DEFENDANT ANTOINE
EDWARDS >FOR 1 RS 14 30.1 DEFENDANT FOUND GUILTY BY JURY. >FOR
2 RS 14 30.1 DEFENDANT FOUND GUILTY BY JURY. >SENTENCING SET
FOR 10/30/19 >PDOJL

*exhibit #1 19    14* (handwritten)

SCANNED

As For the pass 5 years At least 20 Court took Action in Remedy for violation of the best Established Law Speedy Trial Act Deprivation. As All Suit Been Denied Redress. Never was A Service of process In No Case. As All Damages And Suffering START from August 26, 2019 Deprivation of Constitutional violation As Court is Variance from their Affirmative duty. MR. Edwards Seeked these Honorable Court for Justice Not One time Receive Access to Court Due process of law and Equal protection. As Always stated A Claim 6th Amendment Speedy Trial violation Need Remedy to Cure violation. As to Misprison of felony 18 U.S.C. §4 must Report felony By law.

Relief

1. If Not release ORDER A Grand Jury proceeding. For the prison to Rebuttal this kidnapping. And Appoint A counsel According to law (8 U.S.C. §120 (G) (1) (6) (c) As Internationally protected. Have 24 hour to Release.

2) Send in A Investigative Agent to See Deplorable Living Condition. these building is Condemn Showing in mold And mildew. Guys been Stuck in these cells So long they throw urine and feces to fight, for years since Angola been Louisiana State Plantation To Louisiana STATE Penitentiary. To Dept of public safety and Correction. As Slavery Still exist In Louisiana. Crime Against Humanity. Terrorism. As Civil Suit Is All Documented for PROOF.

3) Judgment And Decree for Speedy Trial Act violation Seeking Remedial Action FOR Judgment to Cure And Remedy Constitutional violation. Respectfully submitted Arthur Edward

pro se

LS

<u>Emergency Action And Relief</u>

As to Establish law violation of U.S.C. 6th Amendment violation On August 26, 2019 Court was Suppose to follow Rules of law. As to Negligence In Affirmative Duty As the Result of 18 USC 1/1201 Kidnapped Away from wife and Kids in Illegal Custody. At Antтом we Are All Equal. Seeking Remedy to Cure Constitutional Violation In the Miscarriage of Justice Since August 26, 2019 Need Ruling on the Merit for Justice According to Rules of law

Done Signed May 10 2025 - Angola La

<u>Legal Notice</u>

I hereby forward this Emergency Relief for Emergency Action In the Interest of Justice. have this Complaint forward to All offices And Dept Under U.S.C. Art II § 2, 4 Invoking Remedial Right have Dept to Speedy Process Complaint and Serve Notice of Filing. Expedited Reply In 5 day from Notice

Respectfully submitted  Antone Edwards Sr.

READ, RENDER AND SIGNED _____ day of May 2025

claimant Prose  Antone Edwards Sr.
Antoine Edwards
17544 Tunica Trace
CBD Up #13
Angola LA 70712

/S/
U.S. District Judge

Date _____

/S/
Cluaily A.G., S.G. Director